UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

SUZETTE TRIMMINGHAM,
                    Defendant.
------------------------------------------------------------X

25 cr    (JGK)

**ORDER**

    Bail for the defendant, Suzette Trimmingham, is set as follows:

    A $100,000 personal recognizance bond, co-signed by two (2) financially responsible persons with moral suasion; the co-signers shall sign the bond by June 4, 2025; Pretrial Services supervision as directed. Travel restricted to the Southern and Easter Districts of New York. The defendant shall surrender all travel documents and maintain verifiable employment. The defendant shall have no personal identifying information of others outside of her family. The defendant shall be released upon her signature, today.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 28, 2025