UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,
                Plaintiff,            25-cr-243 (JGK)

    - against -                   ORDER

SUZETTE TRIMMINGHAM,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should be prepared to explain how the proposed forfeiture award, including $940,863.91, is justified in this case in view of the teaching of Honeycutt v. United States, 581 U.S. 443.

SO ORDERED.
Dated:   New York, New York
          October 24, 2025

                                      John G. Koeltl
                            United States District Judge