## THE CARMAN LAW OFFICE

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

November 6, 2025

**VIA ECF**
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**   *United States v. Suzette Trimmingham*
> *Docket No. 25-cr-243*

Dear Judge Koeltl:

Please accept this letter requesting the release of Suzette Trimmingham's United States passport to a family member after she surrenders to serve her sentence. Pretrial services has advised that absent an order from the Court, their practice is to send the passport to the Department of State. For this reason, we request that Your Honor approve Ms. Trimmingham's son, Jerome Bethea, to take possession of the passport after surrender, which is now scheduled for January 30, 2026.

Thank you for your consideration.

Respectfully submitted,

/s/ John F. Carman
JOHN F. CARMAN
(JC 7149)

cc: Donnie Fletcher, Courtroom Deputy (via email)
Connie Dang, Assistant United States Attorney (via email)
Lanique Rhyne, Pre-trial Services Officer (via email)

So Ordered:

HONORABLE JOHN G. KOELTL
District Court Judge

11/6/25