UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- against -

SUZETTE TRIMMINGHAM,

Defendant.

25-cr-243 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court has received the attached request for compassionate release from Suzette Trimmingham. The request is **denied without prejudice** at this time because the Court lacks the power to grant the request. A requirement of compassionate release is that the applicant must first file a request for that relief by filing the request with the warden of the facility where the applicant is housed and wait at least thirty (30) days for a response by the Bureau of Prisons. See 18 U.S.C. § 3582(c)(1)(A). If the request is not granted, or if more than thirty (30) days has elapsed, the applicant may then file an application with the Court. Because the applicant has not exhausted her administrative remedies, the request for compassionate release is **denied without prejudice** at this time.

The Clerk of Court is directed to mail a copy of this Order to the applicant and note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 11, 2026**

**John G. Koeltl**
**United States District Judge**

RECEIVED
AUG 11 2026
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

8/1/2026

To The Honorable Judge Koeltl,

I am Writing to you in good faith for two reasons. The first reason is to Say thank-You for Showing Mercy to my husband MR. Mervin Rhymes. Your Approval and Assistance With the Compassionate Release has allowed him to get the emotional support and Care that he deserves for the duration of time he has left With US. When I heard that he Was diagonised With STage 4 Terminal Caner I Was emotionally Broken, devasted and Scared for him.

On January 30th, our Children lost us both, Which Was life Changing and Very hard for them. Now they have to Care for a dying father Without the help of their Mother. As you Can imagine this is a Very difficult time for all of US.

I have been in a relationship With MR. Rhymes for 30 Years. He Has Expressed to Me that he is In Need of (Me) his Wife & life's Companion More than ever. Cancer takes a toll on your mind, Body and life. I believe that It is my responsibility to care for my husband during this traumatic, heart breaking time. He Needs 24 Hr. Care and time is of the essence. I feel Helpless not being there for him and our children. As the Matriarch of my family this Situation is effecting me emotionally and Physkally.

Family has always been my Priority and not being there, especially for MerV is hurtful, TRaumatic and devasting for Me!

I Pray that you Can Understand my Sincere Plea To grant me a Compassionate Release at this time. I am respectfully requesting this to be With MR. Rhymes and our Children before it is too late.

In addition I think its important to say that I have served 6 1/2 months on the 24 month sentence. I have not been given a date for release that would reflect Second Chance Act and F.S.A.. While at the facility in Estill, S.C. I have engaged in all F.S.A. Classes, Completed personal trainer program, Currently in a CORE program as well as an apprenticeship for housekeeping. I Have obtained a forklift license. Sing for the 1st Estill Choir for religious services, Volunteered for The "Grow for God" project and helped prepared for the Re-Opening of the F.C.I. Most Importantly I have No disciplinary actions. My Home Address has been approved By U.S.P.O. on June 15, 2026 and I have employment in place upon Re-entry.

Your Honor, We are good people and I am asking for your Mercy to get Me home to my family So that I can be the sole care-taker for my husband as well as be there emotionally for our children.

Thank you for Considering this request and may God be with you in your decision. God Bless!

Respectfully
S. Trimm
Suzette TRimmingham
Reg.# 85564-511